IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Hubbell Incorporated, ) | |
| ) | C.A. No. 7:05-2765-HMH |
| Plaintiff, ) | |
| ) | **OPINION & ORDER** |
| vs. ) | |
| ) | |
| Genlyte Group Incorporated and Genlyte ) | |
| Thomas Group LLC, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the Defendants' motion to stay this action pending reexamination of the patent in suit by the United States Patent and Trademark Office ("PTO"). After careful review of the record and the applicable law, the court grants the Defendants' motion to stay. See, e.g., Slip Track Sys., Inc. v. Metal Lite, Inc., 159 F.3d 1337, 1340 (Fed. Cir. 1998) ("In many instances it is appropriate for a district court to stay a patent case pending the outcome of a PTO proceeding."); Ethicon, Inc. v. Quigg, 849 F.2d 1422, 1426-27 (Fed. Cir. 1988) ("Courts have inherent power to manage their dockets and stay proceedings, including the authority to order a stay pending conclusion of a PTO reexamination." (Internal citation omitted)).

It is therefore

**ORDERED** that the Defendants' motion to stay, docket number 19, is granted.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
May 22, 2006