UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Hubbell, Inc., ) | |
| ) | C.A. No. 7:05-2765-HMH |
| Plaintiff, ) | |
| ) | **OPINION & ORDER** |
| v. ) | |
| ) | |
| Genlyte Group, Inc., ) | |
| Genlyte Thomas Group, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

By order of this court on May 22, 2006, this matter was stayed at the request of the parties to allow additional proceedings before the United States Patent and Trademark Office ("USPTO"). As of this date, the court is informed that the proceedings before the USPTO are ongoing. Therefore, it is

**ORDERED** that this case is dismissed without prejudice and with leave to refile.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

November 5, 2009
Greenville, South Carolina